IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-02724-ZLW-BNB

HOWARD MARTIN,

    Plaintiff,

v.

ROCKY MOUNTAIN MOTORISTS, INC., d/b/a AAA COLORADO, Inc.,

    Defendant.

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

    This matter is before the Court on the parties' Stipulated Motion For Dismissal With Prejudice (Doc. No. 25). For the reasons set forth in that Motion, the Court finds that all matters in controversy between the Parties in the above-referenced case have been fully and finally settled and compromised.

    Accordingly, it is hereby Ordered that the parties' Stipulated Motion For Dismissal With Prejudice is granted and this case is dismissed with prejudice, each party to bear his or its own fees and costs.

    DATED this __12th__ day of __September__, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court